# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW WILLIAM PANKOTAI, | No. 4:17-CV-00991 |
| Petitioner, | (Judge Brann) |
| v. | |
| WARDEN BRUCE KOVACH; PA ATTORNEY GENERAL, | |
| Respondent. | |

## ORDER

**FEBRUARY 20, 2018**

Before the Court for disposition is a Report and Recommendation filed by Magistrate Judge Joseph F. Saporito, Jr. on November 21, 2017.[1] In this Report, Magistrate Judge Saporito recommended that (1) this action be dismissed without prejudice due to Petitioner Andrew William Pankotai's failure to pay the requisite filing fee; and (3) the Clerk be directed to administratively close this case.[2] No objections to this Report and Recommendation have since been filed.

Upon designation, a magistrate judge may "conduct hearings, including evidentiary hearings, and . . . submit to a judge of the court proposed findings of fact and recommendations."[3] Once filed, this Report and Recommendation is

---

[1] ECF No. 22.

[2] *Id.*

[3] 28 U.S.C. § 636(b)(1)(B).

- 1 -

disseminated to the parties in the case who then have the opportunity to file written objections.[4] Where no objection is made to a report and recommendation, the court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."[5] Nevertheless, whether timely objections are made or not, the district court may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate judge.[6]

Following independent review of the record, I am satisfied that the Report and Recommendation contains no clear facial error. In the interests of judicial economy, I will not rehash Magistrate Judge Saporito's sound reasoning and legal citation. The Court is in full agreement that Andrew William Pankotai's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 should be dismissed for failure to pay the requisite filing fee.[7]

**AND NOW**, therefore, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Joseph F. Saporito, Jr.'s Report and Recommendation (ECF No. 7) is **ADOPTED IN ITS ENTIRETY**;

---

[4] 28 U.S.C. § 636(b)(1).

[5] *Rieder v. Apfel,* 115 F.Supp.2d 496, 499 (M.D.Pa. 2000) (citing *United States v. Raddatz*, 447 U.S. 667, 676 (1980)).

[6] 28 U.S.C. § 636(b)(1); Local Rule 72.31.

[7] *See Cotto v. Tennis*, 369 F.App'x. 321 (3d Cir. 2010).

2. This action is dismissed without prejudice for failure to pay the requisite filing fee;

3. The Clerk of Courts is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge